# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Janay Brodhurst-Figuero, on behalf of herself and all others similarly situated, <br>     Plaintiff, <br><br> vs. <br><br> S&W Investments, Inc. d/b/a S&W Transport Services; Logisticare Solutions, LLC, d/b/a Modivcare; James Mooney, individually; <br>     Defendants. | ) Civil Action No. 4:21-cv-03007-JD <br> ) <br> ) <br> ) <br> ) **ORDER APPROVING** <br> ) **SETTLEMENT AND RELEASE** <br> ) **OF CLAIMS** <br> ) <br> ) <br> ) |

This matter came before the Court on the Joint Motion of Plaintiff Janay Brodhurst-Figuero ("Plaintiff") and Defendant Logisticare Solutions, LLC d/ba/ ModivCare ("Defendant") for Approval of the Settlement Agreement and Release of Claims (DE 24).

Based upon the Court's review of the motion submitted and all other matters in the record, **IT IS HEREBY ORDERED**

That the record supports the Settlement Agreement and Release of Claims and is hereby approved as a fair and reasonable resolution of the Parties' bona fide disputes as required under the Fair Labor Standards Act, and therefore the Joint Motion for Approval of Settlement and Release of Claims is **GRANTED**.

The Parties shall proceed under the Settlement Agreement to finalize this matter in all respects, and the Court retains jurisdiction over the matter for 30 days to enforce the terms of the Parties' agreement.

    **IT IS SO ORDERED.**

June 30, 2022                                       Joseph Dawson, III <br>
Greenville, South Carolina                    United States District Judge